UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CHINO BARRERA, and
OSCAR VENCES ESTRADA, on behalf of
themselves and others similarly situated,

Plaintiffs,

-against-

QUEENS DOLLAR INC., d/b/a 99 CENTS RUSH,
and SAMIR Z. DHANANI,

Defendants.

Case No.: 17 Civ. 1565
(JGK)

**STIPULATION AND
ORDER OF DISMISSAL**

WHEREAS, on March 2, 2017, Plaintiff filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

WHEREAS, the parties settled this action based upon arms-length negotiations in court on the record before the Honorable Magistrate Judge Andrew J. Peck, on January 5, 2018, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

WHEREAS, the United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-22-18

Dated: New York, New York
January 18, 2018

| CILENTI & COOPER, PLLC | BIOLSI LAW GROUP, P.C. |
|---|---|
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
| 708 Third Avenue – 6th Floor | 111 Broadway – Suite 606 |
| New York, New York 10017 | New York, New York 10006 |
| (212) 209-3933 | (212) 706-1385 |

By: _____
Peter H. Cooper, Esq.

By: _____
Steven Alexander Biolsi, Esq.

SO ORDERED:

_____, D.J.

*The Court finds the settlement, including the award of attorney's fees, and co to be fair and reasonable.*

*So ordered.*
*J. G. Koeltl*
*U.S.D.J.*
*1/18/18*

2